# Exhibit C

1

```
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

          Of the

CITY COUNCIL STATED MEETING

------------------------ X

                  December 15, 2021
                  Start:  1:55 p.m.
                  Recess: 5:40 p.m.


HELD AT:          Council Chambers - City Hall

B E F O R E:      Corey D. Johnson
                  Speaker

COUNCIL MEMBERS:  Adrienne Adams
                  Alicka Ampry-Samuel
                  Diana Ayala
                  Inez D. Barron
                  Joseph Borelli
                  Justin Brannan
                  Selvena N. Brooks-Powers
                  Tiffany Cabàn
                  Fernando Cabrera
                  David M. Carr
                  Margaret S. Chin
                  Robert E. Cornegy, Jr.
                  Laurie A. Cumbo
                  Ruben Diaz, Sr.
                  Darma V. Diaz
                  Eric Dinowitz
                  Daniel Dromm
                  Mathieu Eugene
                  Oswald Feliz
                  James F. Gennaro
                  Deborah L. Gibson
```

A P P E A R A N C E S  (CONTINUED)

Council Members:

        Mark S. Gjonaj
        Barry S. Grodenchik
        Robert F. Holden
        Ben Kallos
        Peter A. Koo
        Karen Koslowitz
        Brad S. Lander
        Stephen T. Levin
        Mark Levine
        Farah N. Louis
        Alan N. Maisel
        Carlos Menchaca
        I. Daneek Miller
        Francisco P. Moya
        Bill Perkins
        Keith Powers
        Antonio Reynoso
        Kevin C. Riley
        Carlina Rivera
        Ydanis A. Rodriguez
        Deborah L. Rose
        Helen K. Rosenthal
        Rafael Salamanca, Jr.
        Mark Treyger
        Eric A. Ulrich
        Paul A. Vallone
        James G. Van Bramer
        Inna Vernikov
        Kalman Yeger

A P P E A R A N C E S

Reverend Mark Erson
Pastor and Spiritual Leader at St. John's
Lutheran Church

```
 1           STATED MEETING OF THE NEW YORK CITY COUNCIL   23
 2                SPEAKER JOHNSON:  I vote aye.
 3                COUNCIL CLERK:  Thank you.
 4                MAJORITY LEADER CUMBO:  Okay, all Land
 5   Use Call Ups were adopted in the affirmative in a
 6   vote of 46 in the affirmative, zero negative and zero
 7   abstentions.
 8                We will now have communication from
 9   Speaker Corey Johnson.
10                SPEAKER JOHNSON:  Thank you Madam
11   Majority Leader.  Good afternoon everyone.  Happy
12   Wednesday, welcome to today's Stated Meeting.  The
13   last Stated Meeting of this City Council's
14   legislative session.  As I usually do, I want to
15   remind all members that masks are required to be worn
16   throughout the Stated, even when speaking.
17                Today, we're voting on 28 Bills and 13
18   Resolutions.  Among the Bills is one to ban the use
19   of gas in new buildings, helping us transition to a
20   greener future.  This legislation is part of our
21   efforts to protect our environment and to reach
22   carbon neutrality by the year 2050.  Also, as
23   prepared food is a growing part of New Yorkers diets,
24   this afternoon we're voting on a bill to require
25   added sugar notification in the menu of chain
```

1      STATED MEETING OF THE NEW YORK CITY COUNCIL   46

2  sponsored by Council Member Rafael Salamanca will

3  allow sidewalk café applicants to prepare their own

4  plans rather than use an architect.  For these two

5  bills, I want to thank Stephanie Jones, Leah Skrzpiec

6  and Noah Meixler.

7           Now, from the Committee on Health, we

8  have Introduction Number 1326 A sponsored by the

9  Chair Mark Levine that will require added sugar

10 notifications in chain restaurant menus.  From the

11 staff, I want to thank Sara Liss, Harbani Ahuja,

12 Jayasri Ganapathy and Zeah Manuel Halu(SP?).

13          Our last Bill of the day and of the

14 2018-2021 legislative session will help us curve,

15 will help us reach the city's net zero for carbon

16 neutrality by 2050.  We're in a climate crisis and we

17 must take all necessary steps to fight climate change

18 and protect our city.  Introduction 2317 A sponsored

19 by Council Member Alicka Ampry-Samuel will ban the

20 combustion of substances with certain emission

21 profiles in new buildings in certain renovations.

22 This bill will direct the Commissioner of Buildings

23 to deny construction documents and permits in

24 connection with a new building that would require the

25 combustion of the substances with some exceptions.  I

```
 1        STATED MEETING OF THE NEW YORK CITY COUNCIL   47
 2   want to thank from the staff Genan Zilka, Samara
 3   Swanston, Nadia Johnson, Ricky Challah, Brad Reed and
 4   Terzah Nasser.  That is our final agenda and this
 5   final Stated Meeting of the New York City Council for
 6   this legislative session.
 7            And with that, with gratitude, what
 8   thanks to you Madam Majority Leader for presiding
 9   over this body in a very great way over the last four
10   years, I turn it back to you.
11            MAJORITY LEADER CUMBO:  Thank you so much
12   Speaker Corey Johnson for that very robust
13   legislative package.  We will now move into
14   discussion of General Orders.
15            Seeing that we have on the docket, we
16   will begin with Council Member Gennaro followed by
17   Council Member Rosenthal, Rivera, Kallos, and Chin
18   and then Koo.
19            COUNCIL MEMBER GENNARO:  Thank you Madam
20   Majority Leader.  Regarding Intro. 2317 A, which the
21   Speaker just referenced, [INAUDIBLE 49:49].  I thank
22   Council Member Ampry-Samuel for her leadership and
23   putting forward this great bill, which will
24   ultimately lead the city to an all-electric city
25   drawing from 100 percent green and renewable grid.
```

```
 1        STATED MEETING OF THE NEW YORK CITY COUNCIL   48
 2   We are light years away from that now but this puts
 3   us irreversibly on that course.  This bill alone will
 4   yield a savings of 2.1 million tons of Co2 by 2040,
 5   which is equal to the carbon as reduced from 450,000
 6   cars in a whole year.  But that is just the
 7   beginning.  When first put forward this bill was more
 8   of a concept bill and the journey of this bill from
 9   concept at detailed final bill was one of the most
10   difficult negotiations of the hundreds of
11   negotiations I have done over the years.  And with
12   stakeholder meetings with advocates, industry, labor
13   and the Administration, including the Mayor himself
14   was the most challenging.
15              I thank Council Member Ampry-Samuel for
16   being steadfast on the elements of the bill that were
17   a must for her.  I thank the Speaker and Jason
18   Goldman for their great leadership and for giving
19   what I thought was the most ambitious yet
20   implementable possible.  And very special thanks to
21   Jeff Baker for being with me the whole way to get the
22   great bill to what we have today.  One that will be a
23   template for the nation as we charter course through
24   a carbon neutral future.  Special thanks as well for
25   Paul Ochoa and Ben Ferguson from the Administration
```

```
 1        STATED MEETING OF THE NEW YORK CITY COUNCIL   49
 2   and to [INAUDIBLE 51:13] and Advanced Energy Studies
 3   [INAUDIBLE 51:18] who provided critical guidance and
 4   to my wonderful LB Maddie Cower(SP?) for her great
 5   work on this bill.  But we wouldn't be here today
 6   without Council Member Ampry-Samuel's vision.  So, I
 7   will end where I began in thanking her for putting
 8   this bill forward and being a great advocate for it.
 9   Her legacy is a green city and a growing green
10   economy to get us there.
11             SERGEANT AT ARMS:  Time.
12             COUNCIL MEMBER GENNARO:  Thank you very
13   much.  Thank you very much.
14             MAJORITY LEADER CUMBO:  Thank you.  We'll
15   now have Council Member Rosenthal then Rivera.
16             COUNCIL MEMBER ROSENTHAL:  Thank you so
17   much.  I'm proud to speak today about my bills that
18   are passing.  We owe a debt of gratitude to our
19   Speaker, Corey Johnson whose brilliant staff
20   negotiated the strongest language possible to help
21   all New Yorkers.  Because of their work, all job
22   postings must include salary ranges which have been
23   shown to close the gender pay gap.  We have to
24   address street harassment, which many of us have
25   experienced particularly women, the LGBTQAI plus
```

```
 1        STATED MEETING OF THE NEW YORK CITY COUNCIL   59
 2              Thank you also to Speaker Johnson and
 3   Chair Holden.  All the advocates who supported this
 4   bill and my own staff.  Thank you.  Happy holidays.
 5              MAJORITY LEADER CUMBO:  Council Member
 6   Lander.
 7              COUNCIL MEMBER LANDER:  Thank you very
 8   much Madam Majority Leader.  I'll save my mushy
 9   remarks for when I vote to speak to bills now.
10              First, I'm so excited about Intro. 2317
11   A, that Council Member Alicka Ampry-Samuel is
12   sponsoring to transform our city into an all-electric
13   city.  We do not have time to continue to burn fossil
14   fuels.  I want to give props to the coalition that
15   fought for that and I want to give special props to
16   Alicka Ampry-Samuel because I know it was a big,
17   strong fight.
18              We have a lot of work to do to make sure
19   that we convert our energy grid to solar and wind and
20   renewables, so that the energy power that is powering
21   our buildings is clean and renewable as well.  And I
22   look forward to fighting hard to continue that in the
23   Comptroller's office and I know this body will as
24   well.
25
```

```
 1      STATED MEETING OF THE NEW YORK CITY COUNCIL   65
 2   my colleagues discussions on this bill.  For those of
 3   you that cosponsored it and supported it, I
 4   appreciate your collaboration.  I'm hopeful that this
 5   bill will pass in the next session.  This is a bill
 6   that is about affording everybody in our city, all of
 7   us who are Gods children, the right to dignity with a
 8   roof over their head.  Whether they have a criminal
 9   history or not.  Everybody deserves to have a home.
10   And so, I'm disappointed that this bill is not
11   passing today but I am very confident, very confident
12   that in the future this legislation will pass and I
13   look forward to seeing that day here in the New York
14   City Council.  And I'll come back on my next round to
15   talk about that.  [APPLAUSE]
16           MAJORITY LEADER CUMBO:  Thank you Council
17   Member Levin, we'll now go to Council Member Ampry-
18   Samuel followed by Borelli.
19           COUNCIL MEMBER AMPRY-SAMUEL:  Our city
20   and state has set lofty goals to reduce our gas
21   related emissions.  As many children of the 70's and
22   80's, I remember celebrating Earth Day and taking
23   personal responsibility for the earth and
24   environment.  We people have had to contend with the
25
```

```
 1        STATED MEETING OF THE NEW YORK CITY COUNCIL   66
 2   effects of global warming in the forms of record
 3   breaking fatal weather events year after year.
 4             The responsibility has always been on
 5   individuals.  Multiuse water bottles, shorter
 6   showers, home recycling, this Council also prohibited
 7   single use straws, plastic bags and reduce the usage
 8   of plastic flatware.  We have literally made personal
 9   environmental responsibility a letter of the law.
10   But buildings are responsible for nearly half of the
11   greenhouse emissions that are destroying our earth
12   every day.
13             Today, is the last Stated of this Council
14   term and it has been an honor and privilege to
15   represent my community where we see a 32 percent
16   higher exposure rate to dangerous pollutants from
17   greenhouse emissions.  A community where the Council
18   staff recognizes best practices and believes in New
19   York as a leader.  So much so that they brought this
20   idea to me in its infancy stages.  Immediately
21   recognizing the intersectionality of climate and
22   racial justice.  I knew that this was a charge that
23   the 41st Council must have set.  Together, we worked
24   tirelessly with advocates to develop this bill and
25   push it through.
```

```
 1      STATED MEETING OF THE NEW YORK CITY COUNCIL   67
 2              Although we have few surprising allies,
 3   we have some surprising challengers as well.  But we
 4   held strong and as we look to the future, I thank
 5   Speaker Johnson and my colleagues for supporting this
 6   gas ban bill which essentially codifies our emission
 7   reduction goals.  And I thank Jim Gennaro, excuse me,
 8   I thank Council Member Gennaro — can you give me one
 9   minute?
10              I thank Council Member Gennaro for
11   helping me to sharpen my debate skills.  That was
12   quite the challenge.  So, as I come to a close with
13   my remarks and my time in the Council, I thank all of
14   the advocates that gave us a master class and data
15   for days on emissions, gas, the grid, pollutants.  I
16   thank Pete Sikora and Johnathan, We Act NYCC and
17   countless others.  And I want to really thank Jeff
18   and Jason for working so hard because I know at
19   midnight on some days, I could have been a bit much.
20   It was tough but worth the fight.
21              I want to also thank my staff Naomi
22   Hopkins and my Legislative Director Everton Smith for
23   their support and also, my staff in the Council,
24   Jennifer Joseph, Kim Robinson, Christina Serrano,
25   Takirra Jackson, and Maurice Cummings for their
```

```
                  STATED MEETING OF THE NEW YORK CITY COUNCIL   68
```

1        STATED MEETING OF THE NEW YORK CITY COUNCIL   68
2   amazing team work.  I want to thank you all and
3   remind you that climate justice is racial justice.
4   So, let's keep putting people first.  Thank you.
5              MAJORITY LEADER CUMBO:  Thank you Council
6   Member Ampry-Samuel so much.  Council Member Borelli.
7              COUNCIL MEMBER BORELLI:  I like to stand
8   at my desk.  I don't like the stand up comedy routine
9   that we do now.  [APPLAUSE]  Yes, thank you, thank
10  you.  I feel like Jerry Seinfeld up there you know.
11             I just want to say number one, I will say
12  my emotional farewell to everyone.  I don't see Corey
13  here but I wanted to say it's been a really wonderful
14  four years working alongside the Speaker.  You know
15  through all the work the Council did.  Even though of
16  course we disagree many times, it's nice to have a
17  partner in government and also a friend in government
18  and I really thank you for your service to the City
19  of New York.  Whatever you go on to do next, that
20  institution or whatever will be very lucky to have
21  you.  And the rest of you guys, you're not very good,
22  so.  No, I'm kidding.
23             I should have done the stand up comedy
24  routine.  It's been a privilege to work with so many
25  of you over the past four years.  Some of you longer.

```
                                                             88
 1       STATED MEETING OF THE NEW YORK CITY COUNCIL
 2   2424-B being led by Council Member Rosenthal, where
 3   it will create an advisory board to help address New
 4   Yorkers who continue to be harassed as the walk
 5   through the streets in New York City and we hope that
 6   we'll be able to do some great work with that board.
 7   And with that, I am proud to vote aye on all.  Thank
 8   you.
 9            MAJORITY LEADER CUMBO:  Thank you.
10            COUNCIL CLERK:  Council Member Cabàn?
11            COUNCIL MEMBER CABÀN:  Permission to
12   explain my vote?
13            MAJORITY LEADER CUMBO:  Permission
14   granted.
15            COUNCIL MEMBER CABÀN:  Thank you Majority
16   Leader.  First, just congratulations to my colleagues
17   on passing such wonderful bills today.  Particularly,
18   Council Member Ampry-Samuels gas ban bill.  That is
19   such an incredible achievement.  Thank you.  I do
20   really wish that Council Member Levin's Fair Chance
21   for Housing Bill was on the agenda today too but I do
22   look forward to passing it next term.  And I vote aye
23   on all with the exception of Intro.'s 2476 and 2439
24   in which I vote no, thank you.
25            COUNCIL CLERK:  Council Member Cabrera?
```

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date     February 7, 2022