# Exhibit D

# LL154 OF 2021: NYC BUILDING ELECTRIFICATION LAW

## WHAT YOU NEED TO KNOW...

*Local Law 154 of 2021 prohibits the onsite combustion of fuels that emit more than 25kg $CO_2$/MMBTU.*

### What does this mean?

The City is phasing out the usage of natural gas and fuel oil in buildings for cooking, heating and service hot water (Service HW). This impacts appliances such as cooking ranges and clothes dryers.

### What types of applications are affected and when?

New Building or Alt-CO New Building with Existing Elements to Remain (alterations that must be filed as New Buildings), submitting applications on or after these dates:

- **January 1, 2024:** for Group R-3 (1,2 family homes) and all occupancies less than 7 stories (excluding Service HW)
- **December 31, 2024:** for NYC School Construction Authority projects
- **December 31, 2025:** for Affordable Housing* less than 7 stories (excluding Service HW)
- **July 2, 2027:** for all occupancies (includes Service HW)
- **December 31, 2027:** for Affordable Housing* 7 stories or taller (includes Service HW)

*50% or more of the units are subject to a regulatory agreement, restrictive declaration, or similar instrument with a federal, state, or local governmental entity or instrumentality for the creation or preservation of affordable housing.

### Are there exceptions to the law?

Yes. The following are exceptions to the law:

- Buildings used by a regulated utility for energy generation
- Buildings operated by DEP for treatment of sewage or food waste
- Specific spaces within buildings in which fossil fuels are necessary for a manufacturing use or purpose, such as:
    - Laboratories
    - Laundromats
    - Hospitals and Crematoria
    - Commercial Kitchens
    - For Emergency or Standby Power

For more details read the law at www.nyc.gov/assets/buildings/local_laws/ll154of2021.pdf.

**CONTACT US:** sustainability@buildings.nyc.gov       **VISIT US:** nyc.gov/buildings

