UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDTATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>   Plaintiffs, <br><br> v. <br><br>CITY OF NEW YORK, <br><br>   Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA <br><br>**APPEARANCE OF COUNSEL** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 I am admitted to practice in this court, and I appear in this case as counsel for New York Geothermal Energy Organization and WE ACT for Environmental Justice, Proposed Intervenor-Defendants.

DATED: March 1, 2024.

               *s/Dror Ladin*
               Dror Ladin, Bar No. DL2328
               Earthjustice
               48 Wall Street, 15th Floor
               New York, NY 10005
               (917) 410-8701
               dladin@earthjustice.org