UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDTATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>      Plaintiffs, <br><br>   v. <br><br>CITY OF NEW YORK, <br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that Proposed Intervenor-Defendants WE ACT for Environmental Justice and New York Geothermal Energy Organization, upon the accompanying memorandum of law, declarations, and exhibits in support of this motion, move this Court, before the Honorable Ronnie Abrams, United States District Judge, for an order granting the Proposed Intervenor-Defendants leave to intervene in the above-captioned case, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure.

DATED: March 1, 2024

                                                      *s/Dror Ladin*
                                                    Dror Ladin
                                                    Meagan Burton
                                                    Earthjustice
                                                    48 Wall Street, 15th Floor
                                                    New York, NY 10005

(917) 410-8701
dladin@earthjustice.org
mburton@earthjustice.org

*Attorneys for Proposed Intervenor-Defendants*