UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDTATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA<br><br>**DECLARATION OF SONAL JESSEL IN SUPPORT OF MOTION TO INTERVENE** |

1.     I, Sonal Jessel, set forth that I am over the age of 18 years and am competent to attest to the facts contained in this Declaration.

2.     I am the Director of Policy at WE ACT for Environmental Justice ("WE ACT"). As the Director of Policy at WE ACT, I am responsible for advancing the organization's policy agenda at the local and state levels and am responsible for the enactment of many policies. I am an appointee to the New York State Climate Impacts Assessment, Health and Safety Technical Workgroup. Additionally, I am a member of the New York State Climate Justice Working Group

("CJWG"), tasked with defining "disadvantaged communities" ("DACs") for the Climate Leadership and Community Protection Act ("CLCPA"). The CJWG is a working group mandated by the CLCPA to define "disadvantaged communities." The CJWG is made up of representatives from state agencies and environmental justice communities. My role on the CJWG is as a representative of an environmental justice community and to ensure that frontline and otherwise underserved communities benefit from the state's historic transition to cleaner, greener sources of energy, reduced pollution and cleaner air, and economic opportunities. I attend meetings and advise on the development of the criteria to define DACs. I also contributed suggestions to the Climate Action Council on the Scoping Plan, gave feedback on the State's Community Air Monitoring project, and advised all Climate Action Council advisory panels on the development of their recommendations. The CJWG is mandated to meet at least once annually in perpetuity to adjust the DAC criteria as needed.

3.  WE ACT is a Harlem-based member organization whose mission is to build healthy communities. Since 1988, as the first people of color-led environmental justice organization in New York State, WE ACT has been building healthy communities by ensuring that people of color and/or low-income residents participate meaningfully in the creation of sound and fair environmental health and protection policies and practices. Today, the organization has grown to over 35 staff members in New York City and Washington, D.C., and is considered an active and respected participant in the national Environmental Justice Movement.

4.  For the past thirty-five years, WE ACT has sought to discontinue the pattern that environmental justice communities have historically faced and currently face regarding higher

burdens from climate change and other impacts of pollution from fossil fuels, including infrastructure, extraction, transmission, and distribution.

5. Due to the disproportionate rates of asthma that environmental justice communities have had to endure, WE ACT has historically worked both locally and nationally to address the asthma epidemiology and risk factors. In August 2017, WE ACT co-authored and co-produced *Unequal Air and Care: Federal Impact of Pediatric Asthma Disparities in 4 U.S. Cities*, which found that nationally, about one in eleven children have asthma, but in some low-income areas of New York City, the childhood asthma rate can be upwards of one in four. A true and correct copy of that report is attached to this declaration as Exhibit A. WE ACT also produced an informational fact sheet to use in advocacy for air quality reform. A true and correct copy of that fact sheet—WE ACT Asthma Fact Sheet, Rx for Asthma: Healthy, Affordable Housing—is attached to this declaration as Exhibit B. The *Unequal Air and Care* report produced local and national recommendations that would strengthen systemic action for addressing pediatric asthma disparities.

6. After the publication of the *Unequal Air and Care* report, WE ACT, and members of the Coalition for Asthma Free Homes drafted the Asthma-Free Housing Act in New York City which passed in December 2017. The Asthma-Free Housing Act requires New York City landlords to inspect and clean up dangerous asthma triggers inside city apartments and allows renters to live safely in homes free of mold, pests, and indoor health hazards. (*See* New York City, N.Y., No. 385(C) (2017)).

7. In 2021, WE ACT launched a pilot program and published a report called *Out of Gas, In with Justice* to demonstrate the feasibility and benefits of transitioning from fossil fuels to renewable energy in affordable housing. A true and correct copy of that report is attached to

this declaration as Exhibit C. The program replaced gas stoves with induction stoves in twenty affordable housing homes: ten homes in Buffalo, NY and ten in New York City Housing Authority building in the Bronx. In addition to having a control group of ten homes in each city for comparison, WE ACT monitored the changes in indoor air quality and targeted homes with at least one family who had asthma.

8. Based on what we learned from *Out of Gas, In with* Justice, WE ACT pursued city and statewide policy agendas, designed to make it easier for renters, homeowners, landlords, and developers to make the transition away from fossil fuels like gas in favor of renewable energy sources. For those reasons, WE ACT developed and advocated for the passage of legislation, Local Law 154 (Intro 2317), which placed an emission limit on appliances in new construction in New York City.

9. With our partners, WE ACT launched the #GasFreeNYC campaign, organized rallies. On September 13, 2021, #GasFreeNYC organized a rally at 100 Flatbush Avenue, Brooklyn, New York and on September 23, 2021, organized a rally at City Hall Park Fountain at Broadway and Park Row in New York, New York. A true and correct copy of our press release documenting the September 13, 2021 rally is attached to this declaration as Exhibit D. A true and correct copy of a flyer for the September 23, 2012 rally is also attached to this declaration as Exhibit E.

10. WE ACT played an integral role in the passage of Local Law 154 and met with New York City Council members. On April 26, 2021, WE ACT met with the Chair of New York City Council's Committee on Environmental Protection, James Gennaro and discussed the importance of the proposed bill. We also met with Councilwoman Alicka Ampry-Samuel on

November 21, 2021, and provided in-depth materials, studies, and reports on indoor air quality and gas stoves.

11. On November 17, 2021, I testified before the New York City Council to support Local Law 154 (Intro 2317) and submitted written testimony. A true and correct copy of my testimony is attached to this declaration as Exhibit F. WE ACT's Climate Justice Campaign Manager, Annie Carforo, also submitted written testimony in support of Local Law 154. A true and correct copy of Ms. Carforo's testimony is attached to this declaration as Exhibit G.

12. On December 22, 2021, after the passage of Local Law 154, WE ACT attended the bill signing ceremony with New York City Mayor Bill de Blasio and was asked to provide a quote to include in the mayor's press release on the passage of the landmark bill to ban combustion of fossil fuels in new buildings. WE ACT is the first nongovernmental organization quoted in support of the legislation in the official press release. A true and correct copy of the press release posted at https://www.nyc.gov/office-of-the-mayor/news/852-21/mayor-de-blasio-signs-landmark-bill-ban-combustion-fossil-fuels-new-buildings is attached here as Exhibit H.

13. In December 2022, New York State Governor Hochul announced $52 million in awards to establish twelve Regional Clean Energy Hubs to serve as centers of outreach, awareness, and education in regions across New York State and help foster residents' participation, especially those in underserved, environmental justice communities. New York State Energy Research Development Authority awarded WE ACT $3,837,067 to manage Manhattan's Clean Energy Hub. WE ACT can lead the Clean Energy Hub by educating community members on the clean energy economy; assisting with accessing job training in the clean energy sector; finding and working with qualified contractors to perform clean energy upgrades; and sharing information about electric vehicles, heat pumps and solar energy. As WE

ACT's Executive Directo Peggy Shepard said at the time, "WE ACT and our partners are excited to lead NYSERDA's Regional Clean Energy Hub in Manhattan, specifically to serve low-income communities and communities of color in multifamily buildings that are a major source of poor air quality and greenhouse gas emissions."

14. In September 2023, New York City launched its first ever Long-Term Energy Plan, *PowerUp NYC*, which establishes a roadmap to achieve clean energy and decarbonization goals in three key sectors: Buildings, Transportation, and the Energy Grid. New York City announced the selection of a single community-based organization to represent each borough as a partner in meeting the City's building decarbonization goals; the Mayor's office selected WE ACT to represent Manhattan's communities. An excerpt of the Plan indicating WE ACT's role is attached to this declaration as Exhibit I.

15. In September 2023, together with the Sierra Club and Physicians for Social Responsibility, WE ACT published the [The Outdoor Pollution Is Coming From Inside The House: National Building Pollution Report](#). A true and correct copy of the report is attached as Exhibit J. Compiling national outdoor air pollution data from across the government and other expert sources, this report shows the extent of the harm caused to people and the environment from fossil fuel burning equipment in homes and buildings, the disproportionate impact this pollution has on environmental justice communities and other vulnerable demographic groups, and how the use of methane gas in buildings is connected to the broader system of methane gas extraction and distribution.

Executed on February 29, 2024

                                                                                                                        _____
                                                                                                                                Sonal Jessel
                                                                                                                  Director of Policy
                                                                                      WE ACT for Environmental Justice