# Exhibit D

**\*\*\* Media Release for Monday, Sept. 13 \*\*\***

Media Contacts:
Pete Sikora: pete.sikora@gmail.com; 917-648-7786
Adam Roberts: aroberts@aiany.org; 516-510-2773

# At Rising All-Electric Brooklyn Building, Elected Officials, Experts and Climate Advocates Push for NYC Gas Ban

*After Hurricane Ida's Devastation, Speaker Johnson and City Council Urged to Pass Legislation that Would End Fossil Fuel Use in New Construction*

Elected officials, climate advocates, architects, and policy experts gathered in front of an all-electric building site in Downtown Brooklyn to urge Speaker Johnson and the New York City Council to enact a gas ban. Speakers highlighted Alloy Development's 44-story 100 Flatbush Avenue project as well as over 70 other fossil free projects in New York City to urge Speaker Corey Johnson and the Council to pass Intro 2317, a gas ban in new construction and gut renovations.

Hurricane Ida's lethal flooding shows the urgency and necessity of New York City immediately banning gas in new construction and gut renovations. The 100 Flatbush Avenue project and other fossil-free projects already built or in construction in New York City demonstrate that moving from gas to all-electric is practical and cost effective for developers.

"The 41st council district, which I represent, encompasses Brownsville, Ocean Hill, and parts of East Flatbush, Bedford Stuyvesant and Crown Heights. We have been consistently and systematically left out of climate change conversations and initiatives although we are the part of the city that feels the negative effects the most. For that reason, I am proud to lead this charge. I look forward to working with all stakeholders to ensure that we turn a corner towards a healthier future without putting duress on the hardworking homeowners and small business owners in my district and in the city," **said Councilmember and Intro 2317 prime-sponsor Alicka Ampry-Samuel.**

Buildings generate about 70% of NYC's climate-heating pollution. Other major cities such as San Jose, Oakland, Sacramento, and Seattle have already passed gas ban legislation, which reduces the burning of fossil fuels that are the main driver of climate change and catastrophic climate events.

"Hurricane Ida issued just the latest harsh reminder that we need action now on climate change, and it's important for the real estate industry to be part of that fight in New York City," **said AJ Pires, President of Alloy Development.** "We were proud to stand with fellow

advocates today at the site of 100 Flatbush, which will be the city's first all-electric residential tower. Our industry needs to lead by example as we grapple with the greatest issue of our time."

"Architects know that with current technology and the broader adoption of sustainable design practices, we can design and build buildings that are fossil fuel free," **said Ben Prosky, Executive Director of the American Institute of Architects New York.** "100 Flatbush Ave and other buildings demonstrate that building fossil free is achievable and affordable right here in New York City. If we want to mitigate climate change, provide New Yorkers with a more reliable source of power, develop the clean energy industry, and prevent future gas leaks and explosions, the City Council must pass Intro 2317"

Passage of Int 2317 would reduce air pollution from fossil fuels, which [kills over 1,000 New Yorkers each year](), especially in [low income communities of color](). COVID deaths are also higher as a result of fossil fuel pollution. Asthma and other respiratory diseases are also worsened by air pollution.

"Looking at the devastation from Hurricane Ida, unless New York and the world starts to take climate destruction seriously, this is our new reality. Intro 2317, the NYC Gas Ban for buildings, is the strongest climate bill in front of the City Council and must be passed to take climate action at the scale of the crisis and in line with policy recommendations from international agencies for all governments. We're here in front of the 100 Flatbush Ave construction site to urge Speaker Johnson and the Council to pass Intro 2317 now," **said Sadiya Hoque, NYPIRG Board of Directors Chairperson and Brooklyn College student.**

The event was organized by the #GasFreeNYC campaign - a collaboration of Food & Water Watch, NYCC, NYPIRG and WE ACT for Environmental Justice - and with the participation of AIA-NY, NY Passive House and Alloy Development. The event demonstrates growing political and industry support for passage of Intro 2317, which is a [practical and cost-effective]() measure to combat climate change, create clean energy jobs, promote public safety, and cut air pollution.

### Additional Quotes

"New York Passive House supports Intro 2317 and its ambitious move to bring New York City closer to keeping the promise of the Paris Agreement and meeting the goals of the Climate Mobilization Act. Prohibiting the burning of fossil fuels in new buildings and major building renovations will have a huge impact to reduce the nearly 70 percent of our city's Greenhouse Gas emissions currently produced by our buildings. Buildings designed and constructed to the Passive House standard do not rely on fossil fuels to maintain interior comfort. These cost-effective and practical design strategies are the way forward in our new fossil fuel free built environment," **said Tom Eisele, Policy Advisor to New York Passive House**

"If we are working to move away from fossil fuels, then we need to actually move away from fossil fuels," **said Council Member Ben Kallos.** "By banning fossil fuel hookups on retrofitted buildings the City is doing its part to push building owners and operators to move in the right direction toward renewable energy. This is just one of the many moves our city will have to make in order to reduce our carbon footprint. Thank you to AIA and the many other organizations who put this event together and are pushing to make New York City greener."

"Intro 2317 ends gas use in new construction and gut renovations. Gas boilers and furnaces would be replaced by electric-powered, efficient heat pumps. Compared to the alternatives, gas boilers are more expensive to buy, harder to install, larger, and need connection to a gas line. It's time to phase them out.  The good news is that this bill not only fights climate change, but is beneficial to home owners and residents. It's the right thing to do, both for the environment and to protect homeowners and renters," **said Councilmember Robert Cornegy.**

"The climate crisis is here, and it's far past time we as a City prioritize legislation that addresses our impact on the environment," **said Council Member Carlina Rivera**. "70% of carbon emissions in New York City originates from buildings – we have a huge opportunity to do better, and we must commit to investing in nation-leading energy efficiency policy. Intro 2317 is a critical first step. Updating the building code to prohibit new and retrofitted buildings from combusting fossil fuels will not only reduce our emissions and improve air quality, but will also ensure tenant safety by preventing future gas leaks."

"After experiencing record breaking rainfall twice in just a matter of days last month, causing the tragic deaths of over a dozen New Yorkers, it is critical that we take bold steps to address climate change immediately" **said Council Member Antonio Reynoso.** "Burning fossil fuels is a practice that should have been left in the 20th century – renewable energy is the future and there is no better time than the present for NYC to lead the way on this critical climate measure. We have known for decades that fossil fuels degrade our environment, yet energy companies and developers have done little on their own to transition away from them. It is time for government to take action and ban gas connections for new construction and gut renovations. This is a common sense measure that's been adopted in other cities and I am proud to stand with my colleagues and advocates to demand passage of Intro 2317."

"New York City can and must lead the way in moving off fossil fuels for good," said **Food & Water Watch New York Senior Organizer Eric Weltman**. "We have the technology and creativity to build a cleaner future, starting with the buildings we live and work in. Fossil fuels are driving the climate crisis, super-charging disasters like Hurricane Ida. The time to end the era fossil fuels is now, and Speaker Johnson and the City Council must do their part by passing the Gas Free NYC bill."

"Hurricane Ida again shows that the climate crisis is hitting New York City hard. It'll get far worse unless the City slashes its climate-heating pollution. Speaker Johnson and the Council

should pass Intro 2317," **said Pete Sikora, Climate & Inequality Campaigns Director with New York Communities for Change.**

###