# Exhibit F



November 17, 2021

**Founders**

Vernice Miller-Travis
Peggy M. Shepard
Chuck Sutton

**Board of Directors**

*Chair*
Jeff Jones

*Secretary*
Sarangi Iyengar

*Treasurer*
Ken P. Mak

*Members*
Gregory Anderson
Peter Bokor
Dennis Derryck, Ph.D.
David Evans, Ph.D.
Abiola Fasehun
Eric A. Goldstein, Esq.
Jeff Jones
Vernice Miller-Travis
Phillip Morrow
Dart Westphal

**Executive Director**
Peggy M. Shepard



**Oral Testimony**
Before New York City Council
Committee on Environmental Protection

**Support of Introduction 2317**

Good afternoon, Chair Gennaro. Thank you for the opportunity to testify regarding Introduction 2317. And thank you Council Member Ampry-Samuel for your championship of this bill.

My name is Sonal Jessel, and I'm the Director of Policy at WE ACT for Environmental Justice. Over the past 32 years, WE ACT has been combating environmental racism in Northern Manhattan. I have received my master's in public health from Columbia University. I am here as an advocate, co-leader of the GasFreeNYC coalition, excited by the potential to pass a bill that will prevent air pollution and combat the rising climate crisis.

Introduction 2317 is limiting carbon emissions from new construction. WE ACT is championing this legislation because we believe it is important to prevent future indoor and outdoor air pollution that hurts our health. Systematic environmental racism has placed all industrial sites, bus depots, waste transfer stations, sanitation truck depots, power plants, and more environmentally hazardous sites in communities of color.

On top of that, building pollution contributes greatly to poor air quality in New York City. It is communities of color that have older, under maintained buildings that are energy inefficient, leading to more exposure to air pollutants that hurt our health. Higher rates of buildings in communities of color - and importantly, public schools - are even still using dirty fuel oil, and that must stop with the passage of Introduction 980! Introduction 2317 focuses mainly on limiting natural gas emissions. The use of natural gas emits dangerous air pollutants such as NOX, that directly leads to respiratory and cardiovascular diseases. A 2020 report by Rocky Mountain Institute, Physicians for Social Responsibility, Mothers Out Front, Sierra Club found that "Children are at increased risk from illnesses associated with gas stove pollution: living in a home with a gas stove increases their risk of having asthma by 42%." Asthma is a major concern for many reasons, one of which is that it is the number one reason for school absenteeism. The use of natural gas in homes has an impact on the long-term wellbeing of children.

The State's Climate Leadership and Community Protection Act of 2019 mandates emissions cuts across all industries. As a member of the CLCPA's Climate Justice Working Group, I believe it is vital that we be actively working on transitioning off the use of natural gas. In fact, it is a mandate for the State to create a plan for the transition through the PSC's gas planning proceeding, which is unjustly stalled.

*\*West Harlem Environmental Action (WE ACT for Environmental Justice) is a 501(c) (3) nonprofit organization.*
**New York, NY Office**: 1854 Amsterdam Avenue, 2nd Floor | New York, NY 10031 | Phone: (212) 961-1000 | Fax: (212) 961-1015
**Washington, DC Office**: 50 F Street, NW, 8th Floor | Washington, DC 20001 | Phone: (202) 495-3036 | Fax: (202) 547-6009
www.weact.org

Limiting the use of gas in new construction is absolutely the easiest thing we can do to jumpstart this process.

We need to see the bill reduce its emission limit to 25 metric tons of carbon, include major gut renovations, speed up the timeline, and reduce the number of exemptions. Commercial kitchens for example are a major source of neighborhood air pollution, which is why I'd like to see commercial kitchens included.

I want to underscore that reducing greenhouse gas emissions must not mean losing sight of the other co-pollutants that consistently plague communities across the City. So far, NO testimonies have even *touched on* local air quality as motivation for the bill. The comments promoting hydrogen blending, biofuels, and stating gas stoves are zero emissions is doing just that. NOX pollution from natural gas, SO2, PM2.5, and other pollutants from energy sources, all must be centralized because it has direct respiratory impacts.

Hydrogen blending should not be considered zero emissions. A quote from a [report from](#) [New York Renews](#) states: "More than 95 percent of hydrogen in use today—mostly for industrial heat processes—is produced using fossil fuels, with the perverse emissions effects of using dirty energy to produce clean energy". This perpetuates local air pollution like NOX in New York City. It is NOT a zero emissions alternative and should not be treated as such.

Additionally, we must see leadership from our City. City-owned buildings should be first in line for decarbonizing and electrifying. We must not see big buildings such as public schools, get new gas infrastructure in 2021. They must <u>not</u> be exempted in this bill. The biggest schools getting new gas infrastructure are in communities of color.

Also, I'd like to rebut points by public testimonials stating that the grid isn't ready and that heat pump technology doesn't work in NYC and point to City's statements at the beginning of this hearing saying exactly the opposite.

Thank you for your time.


Sincerely,

Sonal Jessel

*Director of Policy*
*WE ACT for Environmental Justice*
*1854 Amsterdam Avenue, 2nd Floor*
*New York, NY 10031*
*646-983-0224*