# Exhibit I



# PowerUp NYC

Mayor's Office of Climate &
Environmental Justice

The City of New York
Mayor Eric Adams

September 2023

# THE POWERUP PLANNING PROCESS

As noted, the planning process that drove development of the *PowerUp* initiatives included three prongs: community-level engagement; industry expert feedback; and technical research.

## COMMUNITY ENGAGEMENT FOR INCLUSIVE ENERGY PLANNING

Historically, city planning has involved limited interaction with community members impacted by proposed policy and program interventions. The status quo has excluded groups like low-income communities of color, women, and youth. When community voices are at the table it helps to ground solutions in real challenges and generate more diverse and creative ideas. Based on their experiences at home, at work, at school, and in transit, everyday New Yorkers can offer key insights to help address systemic challenges and changes necessary to realize a clean energy future for all.

Acknowledging this, our team partnered with five community-based organizations (CBOs) to support meaningful neighborhood-level participation, address complex challenges across the five diverse boroughs, and foster a shared sense of ownership in the *PowerUp* planning process and resulting initiatives.

- Manhattan: WE ACT for Environmental Justice
- Staten Island: Staten Island Chamber of Commerce
- Brooklyn: El Puente
- Bronx: South Bronx Unite
- Queens: Chhaya CDC

CBOs helped lead outreach and engagement with diverse residents of frontline communities. Our team organized a series of public feedback sessions in 2022, which included: five virtual community town halls, each tailored to a different borough; a general in-person convening; and several virtual deep-dive sessions on technical research topics. Town halls were used to communicate the key steps and objectives of *PowerUp*, explain the fundamentals and benefits of energy efficiency and clean energy technologies and solutions, and encourage robust participation in the City's long-term energy planning process.

Community engagement was guided by four key pillars:

- **Partnership:** Prioritizing collaboration and inclusion to involve community members in decision-making. This included working with locally trusted CBO partners to identify key stakeholders to bring to the table, connecting the goals and context of *PowerUp* to people's lived experiences, creating tailored presentations relatable to diverse audiences, highlighting local energy concerns, and encouraging attendees to share their perspectives and priorities.
- **Accessibility:** Providing resources and holding convenings to maximize participation from a wide group of New Yorkers. This included holding sessions virtually and in-person, at different times of day, including live language interpretation and translations of materials when possible, and making materials available online.
- **Transparency:** Publicly sharing the purpose, steps, and status of *PowerUp* planning and initiative development throughout the project process, including by posting community feedback, questions, and concerns online and leveraging our CBO partners to maintain open channels of communication.
- **Accountability:** Tracking attendance and participation at town halls to evaluate whether a representative cross-section of stakeholders was involved and to inform iterative outreach and engagement efforts. This included refining and adding new strategies as necessary and committing to continual improvement.

The first long-term energy plan for the City of New York will incorporate lessons learned from the community engagement process to refine it in future iterations of *PowerUp*, continuing to prioritize diverse stakeholder input in shaping the City's clean energy policies and initiatives.

Three cross-cutting themes emerged from the community engagement process and are embedded across all *PowerUp* initiatives:

- **Affordability:** Many low-to-moderate-income households will need financial assistance, technical support, and other easy-to-access resources to make the transition to renewably-powered, all-electric building equipment. City-led initiatives must ensure that households' utility bills will not increase unfairly from making this necessary switch.
- **Health:** Reducing emissions is essential to improving local air quality and public health. As the City tracks the success of *PowerUp* initiatives, it must include public health indicators that provide transparency and accountability on this front.
- **Equity:** The City must continue to foster engagement with EJ and historically marginalized communities to ensure that the clean energy transition is a just transition, with a focus on community-based planning and workforce development.

## CBO Partners and Their Outreach Bouroughs

WEACT

South Bronx Unite

Chhaya

El Puente

Staten Island Chamber of Commerce

The City partnered with five community-based organizations (CBOs) to lead meaningful neighborhood-level engagement in the city's long-term energy planning process.



*PowerUp* Community Town Hall, December 2022 — one of several held to facilitate public participation in NYC's long-term energy planning process. Source: Kinetic Communities Consulting



nyc.gov/climate