UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDTATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for WE ACT for Environmental Justice, a private non-governmental intervenor in the above-captioned matter, certifies that it has no corporate affiliate, subsidiary, or parent corporation, and that no publicly held corporation owns 10% or more of its shares.

DATED: March 1, 2024

                                            *s/Dror Ladin*
                                            Dror Ladin
                                            Meagan Burton
                                            Earthjustice
                                            48 Wall Street, 15th Floor
                                            New York, NY 10005
                                            (917) 410-8701
                                            dladin@earthjustice.org
                                            mburton@earthjustice.org

                                            *Attorneys for Proposed Intervenor-Defendants*