IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　　Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, I, Joseph Vukovich, hereby move this Court for an order for admission to practice pro hac vice to appear as counsel for Plaintiffs Natural Resources Defense Council and Public Citizen in the above-captioned case. I am a member in good standing of the bar of the District of Columbia and the state of Maryland, and there are no pending disciplinary proceedings against me in any state or federal court. Attached to this motion are: (1) certificates of good standing issued within the past thirty days; (2) the affidavit required by Local Rule 1.3(c); and (3) a proposed order.

Dated: March 8, 2024                    Respectfully submitted,

                                                                */s/ Joseph Vukovich*
Joseph Vukovich
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-289-6868
jvukovich@nrdc.org