**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,<br><br>                         Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>                         Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**[PROPOSED] ORDER ON ADMISSION PRO HAC VICE**

The motion of Joseph Vukovich for admission to practice pro hac vice in the above-captioned case is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the state of Maryland; that he has never been convicted of a felony; that he has never been censured, suspended, disbarred, or denied admission or readmission by any court; and that there are no disciplinary proceedings presently against him. Applicant's contact information is as follows:

Joseph Vukovich
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-289-6868
jvukovich@nrdc.org

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Amicus Curiae Natural Resources Defense Council in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                Honorable Ronnie Abrams
                                U.S. District Court Judge

2