IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>                      Plaintiffs,<br>v.<br><br>CITY OF NEW YORK,<br><br>                      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**AFFIDAVIT OF JOSEPH VUKOVICH IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Joseph Vukovich, hereby declare and affirm as follows:

      <u>1.</u>    I am a member in good standing of the bars of the District of Columbia and the state of Maryland.

      <u>2.</u>    I have never been convicted of a felony.

      <u>3.</u>    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

      <u>4.</u>    There are no disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct.

Signed on March 8, 2024, in Washington, D.C.

*Joseph Vukovich*

Joseph Vukovich
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-289-6868
jvukovich@nrdc.org

Electronically signed and notarized online using the Proof platform.

**Edward Rico**
ID NUMBER
1226750-2
COMMISSION EXPIRES
March 8, 2025

State of Texas

County of Hays

Sworn to and subscribed before me

on 03/08/2024 by Joseph John Vukovich.

*Edward Rico*

Notary Public, State of Texas

2