

Sarah O. Jorgensen
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Direct Dial: (650) 623-1403
sjorgensen@reichmanjorgensen.com

March 12, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Association of Contracting Plumbers of the City of New York, et al., v. City of New York*; Case No. 1:23-cv-11292 (RA)

Dear Judge Abrams:

    Defendant New York City moved under Rule 12(b)(6) to dismiss Plaintiffs' complaint in this matter on March 1, 2024.  ECF No. 19.

    Under this Court's Individual Rule 4(C), Plaintiffs write to provide notice that they do not intend to amend their complaint in response to the City's motion and will rely on the challenged complaint.

Sincerely,

Sarah Jorgensen
*Counsel for Plaintiffs*

**CC: All counsel of record, via ECF**