IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,<br><br>                Plaintiffs,<br>v.<br><br>CITY OF NEW YORK,<br><br>                Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3(c) of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, I, Thomas Zimpleman, hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for movant amicus curiae Natural Resources Defense Council in the above-captioned case.

    I am a member in good standing of the bars of Illinois and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

    Attached to this motion are: (1) Certificates of Good Standing, issued within the past thirty days; (2) the affidavit required by Local Rule 1.3(c); and (3) a proposed order.

1

| | |
|---|---|
| Dated: March 12, 2024 | Respectfully submitted, |
| | |
| | */s/Thomas Zimpleman* |
| | Thomas Zimpleman |
| | (D.C. Bar No. 1049141) |
| | Natural Resources Defense Council |
| | 1152 15th St. NW, Suite 300 |
| | Washington, D.C. 20005 |
| | T: (202) 513-6244 |
| | tzimpleman@nrdc.org |
| | *Counsel for movant amicus curiae* |
| | *Natural Resources Defense Council* |