IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC., <br><br>                Plaintiffs, <br>v. <br><br>CITY OF NEW YORK, <br><br>                Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**AFFIDAVIT OF THOMAS ZIMPLEMAN IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Thomas Zimpleman, hereby declare and affirm as follows:

1. I am a member in good standing of the bars of Illinois and the District of Columbia.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

1

Pursuant to 28 U.S.C. § 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct.

Signed on March 12, 2024 in Washington, DC.

        Respectfully submitted,

        */s/ Thomas David Zimpleman*
        Thomas Zimpleman (D.C. Bar No. 1049141)
        Natural Resources Defense Council
        1152 15th St. NW, Suite 300
        Washington, DC 20005
        T: 202-513-6244
        tzimpleman@nrdc.org

# JURAT

State/Commonwealth of **TEXAS** )
)
☐ City ☑ County of **Collin** )

On **03/12/2024**, before me, **Daniel Grimaldo**,
   *Date*                              *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

**Thomas David Zimpleman**
*Name of Affiant(s)*

☐ Personally known to me  **-- OR --**

☐ Proved to me on the basis of the oath of _____  **-- OR --**
                                            *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: **driver_license**
                                                       *Type of ID Presented*

WITNESS my hand and official seal.

Notary Public Signature: *(signed)*

Notary Name: **Daniel Grimaldo**
Notary Commission Number: **133993204**
Notary Commission Expires: **09/30/2026**

*Notarized online using audio-video communication*
Electronically signed and notarized online using the Proof platform.

[Notary Seal: Daniel Grimaldo, ID NUMBER 133993204, COMMISSION EXPIRES September 30, 2026, NOTARY PUBLIC STATE OF TEXAS]

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: **AFFIDAVIT OF THOMAS ZIMPLEMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Document Date: **03/12/2024**

Number of Pages (including notarial certificate): **3**

3