IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,<br><br>      Plaintiffs,<br>v.<br><br>CITY OF NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Thomas Zimpleman for admission to practice Pro Hac Vice in the above-captioned case is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of Illinois and the District of Columbia; that he has never been convicted of a felony; that he has never been censured, suspended, disbarred, or denied admission or readmission by any court; and that there are no disciplinary proceedings presently against him. Applicant's contact information is as follows:

 Thomas Zimpleman
 Natural Resources Defense Council
 1152 15th St. NW

1

Suite 300
Washington, D.C. 20005
(202) 513-6244
tzimpleman@nrdc.org

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for movant amicus curiae Natural Resources Defense Council;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____                    _____
                                            Hon. Ronnie Abrams
                                            U.S. District Judge