UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC.; PLUMBING-HEATING COOLING CONTRACTORS–NATIONAL ASSOCIATION; PLUMBERS LOCAL UNION NO. 1, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA; NEW YORK STATE ENERGY COALITION, INC.; THE PLUMBING FOUNDATION CITY OF NEW YORK, INC.; LICENSED PLUMBING ASSOCIATION NEW YORK CITY, INC., d/b/a/ MASTER PLUMBERS COUNCIL OF THE CITY OF NEW YORK; and BUILDING INDUSTRY ASSOCIATION OF NEW YORK CITY, INC.,<br><br>      Plaintiffs,<br>v.<br><br>CITY OF NEW YORK,<br><br>      Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA<br><br>**Notice of Motion for Leave to File an Amicus Curiae Brief by the Natural Resources Defense Council** |

**PLEASE TAKE NOTICE** that the Natural Resources Defense Council, upon the accompanying memorandum of law and exhibit in support of this motion, moves this Court, before the Honorable Ronnie Abrams, United States District Judge, for an order granting the Natural Resources Defense Council leave to file an amicus brief in support of the motion by the Defendant, City of New York, to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

Dated: March 8, 2024

Application granted. SO ORDERED.

Hon. Ronnie Abrams
U.S. District Judge
March 13, 2024

Respectfully submitted,

*/s/ Joseph Vukovich*
Joseph Vukovich (*pro hac vice* forthcoming)
Thomas Zimpleman (*pro hac vice* forthcoming)

1

Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
202-289-6868
jvukovich@nrdc.org
tzimpleman@nrdc.org

*Attorneys for Amicus Curiae*