

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T*HE* C*ITY OF* N*EW* Y*ORK*
L*AW* D*EPARTMENT*
100 CHURCH STREET
NEW YORK, NY 10007-2601

CHRISTIAN HARNED
Environmental Law Division
(212) 356-1676
FAX: (212) 356-2069
chharned@law.nyc.gov

April 10, 2024

BY ECF

The Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:   Association of Contracting Plumbers of the City of New York, Inc., et al., v. City of New York (1:23-cv-11292 (RA))

To the Hon. Ronnie Abrams:

I am an Assistant Corporation Counsel representing the City of New York ("City") in the above-referenced case and I write to correct two inadvertent citation errors in the City's Memorandum of Law in Support of Defendant's Motion to Dismiss, ECF No. 20.

On page 7 of the City's brief, the citation to *Marentette v. Abbot Labs, Inc.*, should be corrected to *Marentette v. Abbot Labs, Inc.*, 8<u>8</u>6 F.3d 112, 117 (2d Cir. 2018) (correction underlined). On page 23 of the City's brief, the citation to *Dubin v. U.S.* should be corrected to *Dubin v. U.S.*, <u>143</u> S. Ct. 1557, 1566 (2023) (correction underlined). Both citation errors appear in the Table of Authorities.

I apologize for any inconvenience these errors may have caused the Court or other parties.

Respectfully submitted,

Christian C. Harned