UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I respectfully seek leave to withdraw as attorney for amicus curiae Natural Resources Defense Council in this matter. Since this case was filed, I have been employed as an in-house attorney by the Natural Resources Defense Council, but will soon be departing the organization. The Natural Resources Defense Council will continue to be represented by Thomas Zimpleman in this matter.

I am not asserting a retaining or charging lien.

Dated: June 28, 2024

/s/ Joseph Vukovich
Joseph Vukovich, admitted *pro hac vice*
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
T: (202) 717-8344
F: (415) 795-4799
jvukovich@nrdc.org

1