# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF CONTRACTING PLUMBERS OF THE CITY OF NEW YORK, INC., et al., <br><br>                               Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, <br><br>                               Defendant. | CIVIL ACTION NO. 1:23-cv-11292-RA |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, I respectfully seek leave to withdraw as attorney for amicus curiae Natural Resources Defense Council in this matter. Since this case was filed, I have been employed as an in-house attorney by the Natural Resources Defense Council, but will soon be departing the organization. The Natural Resources Defense Council will continue to be represented by Thomas Zimpleman in this matter.

I am not asserting a retaining or charging lien.

Dated: June 28, 2024

                                          */s/ Joseph Vukovich*

                                          Joseph Vukovich, admitted *pro hac vice*

                                          Natural Resources Defense Council

Application granted. SO ORDERED.            1152 15th Street, NW, Suite 300

                                            Washington, DC 20005

                                          T: (202) 717-8344

                                          F: (415) 795-4799

                                          jvukovich@nrdc.org

Hon. Ronnie Abrams
U.S. District Judge
July 1, 2024