

**NORTHEAST REGIONAL OFFICE**
48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

<u>**VIA ELECTRONIC FILING**</u>

February 26, 2025

Hon. Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:** *Association of Contracting Plumbers of the City of New York, Inc. et al. v. City of New York*, Civil Action No. 1:23-cv-11292-RA

Dear Judge Abrams:

      Pursuant to the Court's February 21 Order inviting their participation as amici curiae, WE ACT for Environmental Justice and New York Geothermal Organization respectfully move through this letter for leave to submit the attached proposed amici curiae brief.

      Thank you for your consideration.

Respectfully submitted,

Dror Ladin
Meagan Burton
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(917) 410-8701
dladin@earthjustice.org
mburton@earthjustice.org

*Attorneys for Amici Curiae WE ACT and NY-GEO*