UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUMBERS OF THE CITY OF NEW YORK,
INC.; PLUMBING-HEATING COOLING
CONTRACTORS–NATIONAL ASSOCIATION;
PLUMBERS LOCAL UNION NO. 1, UNITED
ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY OF THE UNITED
STATES AND CANADA; NEW YORK STATE
ENERGY COALITION, INC.; THE PLUMBING
FOUNDATION CITY OF NEW YORK, INC.;
LICENSED PLUMBING ASSOCIATION NEW
YORK CITY, INC., d/b/a/ MASTER PLUMBERS
COUNCIL OF THE CITY OF NEW YORK; and
BUILDING INDUSTRY ASSOCIATION OF
NEW YORK CITY, INC.,

                    Plaintiffs,

         v.

CITY OF NEW YORK,

                    Defendant.

23-CV-11292 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument will be held on Defendant's Motion to Dismiss on March 13, 2025 at 11:00

a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New

York, NY, 10007.

SO ORDERED.

Dated:      March 6, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge