

Sarah O. Jorgensen
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Direct Dial: (650) 623-1403
sjorgensen@reichmanjorgensen.com

March 10, 2025

**VIA ECF and Email**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**  *Association of Contracting Plumbers of the City of New York, et al., v. City of New York*; Case No. 1:23-cv-11292 (RA)

Dear Judge Abrams:

We represent Plaintiffs in the above matter. We respectfully request the Court's authorization to bring electronic devices to the oral argument on Defendant's Motion to Dismiss scheduled for March 13, 2025.

The devices are needed so that counsel can access the record, statutes, and key cases cited in the briefing.

Counsel have read and are familiar with Standing Order M10-468 and will abide by its terms. A proposed order is attached.

We thank the Court in advance for its attention to this matter.

Sincerely,

Sarah Jorgensen
*Counsel for Plaintiffs*

**CC:** All counsel of record, via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

——————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Association of Contracting Plumbers of the City of New York, Inc., et al. v. City of New York (1:23-cv-11292-RA).

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) Thursday, March 13, 2025.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Sarah Jorgensen | sjorgensen@reichmanjorgensen.com | Laptop | 1506 | |
| Brian Baran | bbaran@reichmanjorgensen.com | Tablet | 1506 | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.