UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ASSOCIATION OF CONTRACTING
PLUMBERS OF THE CITY OF NEW
YORK, INC.; PLUMBING-HEATING
COOLING CONTRACTORS–NATIONAL
ASSOCIATION; PLUMBERS LOCAL
UNION NO. 1, UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF
THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES
AND CANADA; NEW YORK STATE
ENERGY COALITION, INC.; THE
PLUMBING FOUNDATION CITY OF
NEW YORK, INC.; LICENSED
PLUMBING ASSOCIATION NEW YORK
CITY, INC., d/b/a MASTER PLUMBERS
COUNCIL OF THE CITY OF NEW YORK;
and BUILDING INDUSTRY
ASSOCIATION OF NEW YORK CITY,
INC,

                  Plaintiffs,

-against-                                 23 **CIVIL** 11292 (RA)

## JUDGMENT

CITY OF NEW YORK,

                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2025 the motion to dismiss is granted. Because "an amended complaint could not cure the substantive deficiencies of these claims," the complaint is dismissed with prejudice. Peralta v. New York City Dep't of Educ., No. 21-CV-6833, 2023 WL 6201507, at *6 (E.D.N.Y. Sept. 22, 2023); accordingly, the case is closed.

**Dated:** New York, New York

      March 18, 2025

                                                   TAMMI M. HELLWIG
                                                      Clerk of Court

                                    BY:

                                                      Deputy Clerk