MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _9/2/2026___

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-six,

Before: Robert D. Sack,
Myrna Pérez,
*Circuit Judges*,
Loretta A. Preska,
*District Judge*.*

---

Association of Contracting Plumbers of the City of New York, Inc., Plumbing-Heating-Cooling Contractors-National Association, Plumbers Local Union No. 1, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, New York State Energy Coalition, Inc., Plumbing Foundation City of New York, Inc., Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Building Industry Association of New York City, Inc.,

Plaintiffs-Appellants,

v.

City of New York,

Defendant - Appellee.

---

**JUDGMENT**

Docket No. 25-977

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* Judge Loretta A. Preska, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 09/02/2026